NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ORION IP, LLC,
*Plaintiff-Appellee,*

v.

HYUNDAI MOTOR AMERICA,
*Defendant-Appellee,*

v.

JONATHAN LEE RICHES,
*Movant-Appellant.*

---

2012-1432

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 05-CV-0322, Chief Judge Leonard Davis.

Before BRYSON, MOORE and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## ORDER

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene. The court considers whether to dismiss this appeal for lack of jurisdiction.

ORION IP, LLC v. HYUNDAI MOTOR AMERICA                    2

On May 10, 2010, the district court denied the appellant's motion to intervene in this patent infringement case, noting that "Riches present[s] no evidence or reasoning for why [he has] an interest in this closed case." The court further enjoined Riches "from submitting for filing any document(s), pleading(s), or letter(s) . . . in any case to which Jonathan Lee Riches is not a named party" absent specific additional submissions. The court received Riches's notice of appeal on June 4, 2012, more than 2 years after the denial of his motion to intervene.

To challenge the district court's order denying his motion for leave to intervene, the appellant should have filed a notice of appeal within 30 days of that order. *See Stringfellow v. Concerned Neighbors In Action*, 480 U.S. 370, 377 (1987) (explaining that an order denying a motion for leave to intervene is subject to immediate review); *see also* Fed. R. App. P. 4(a)(1)(A) ("[T]he notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from."). Because this appeal was filed outside the statutory deadline for taking an appeal to this court, we must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 2 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan Lee Riches
    Andrew W. Spangler, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2012

JAN HORBALY
CLERK

3                    ORION IP, LLC  v. HYUNDAI MOTOR AMERICA

Gene C. Schaerr, Esq.

s25

Issued As A Mandate: _____ SEP 2 0 2012 _____